THE TORONTO GENERAL TRUSTS COMPANY, Appellant, *v.* THE NATIONAL BANK OF COMMERCE in New York, Impleaded, etc., Respondent.

(Argued June 6, 1893; decided June 20, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 14, 1892, which reversed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term, and granted a new trial.

*F. K. Pendleton* for appellant.

*Frederic A. Ward* for respondent.

Agree to affirm on opinion of General Term in *Toronto General Trusts Co.* v. *C., B. & Q. R. R. Co. (supra).*

All concur, except GRAY, J., not sitting, and MAYNARD, J., not voting.

Judgment affirmed.